IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re: : | |
| : | |
| Dale Saul : | |
| : | Case No. 16-19741 |
| : | |
| Debtor : | Chapter 13 |
| : | |

_____

## CHAPTER 13 PLAN

  __ **Original Plan**      **3rd Amended Plan**      __ **Modified Plan**

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):

    a. **$3,335.00** TOTAL SUM for months 1-4; and

    b. **$700.00** per month for months 5-60.

    c. The Debtor(s) shall provide the Trustee with copies of State and Federal tax returns for the years designated below within 15 days of filing the returns (and shall timely file the returns on or before April 15 of each year due). No later than June 1st of each year, the Debtor(s) shall pay into the plan the amount of refunds exceeding $___0___(the amount already pro-rated on Schedule I, if any) for each of the designated years The tax refund payments will be in addition to, not a credit against, the monthly payments required to be paid under the plan. The Debtor(s) shall not make any change to the amount of annual tax withholdings under the W-4 statement(s) existing as of the date of the petition without 30 days prior notice to the Trustee.

    This commitment covers tax years: 2016-2020.

2. From the payments received, the Trustee will make the disbursements in the order described below:

    a.    Allowed unsecured claims for domestic support obligations and trustee commissions.

    b.    Administrative claims under 11 U.S.C. §507(a)(2), including attorney's fee balance of **$3,000.00**, pursuant to Appx. F §4A (unless allowed for a different amount by an order of court).

    c.    Claims payable under 11 U.S.C. § 1326(b)(3). Specify the monthly payment: $**0.00**

d.    Other priority claims defined by 11 U.S.C. §507(a)(3)-(10). The Debtor anticipates the following priority claims:

**None.**

e.    Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

    i.    Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii and 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| <u>Claimant</u> | <u>Redacted Acct. No.</u> | <u>Monthly Payment</u> |
|---|---|---|
| **None.** | | |

    ii.    Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

| <u>Claimant</u> | <u>Anticipated Arrears</u> | <u>Monthly Payment</u> | <u>No. of Mos.</u> |
|---|---|---|---|
| **Wells Fargo** | **$3,365.11** | **$56.08** | 60 |
| **Cedar Point FCU** | **$5,000.00** | **$83.33** | 60 |
| **Education Sys.** | **$1,300.00** | **$21.66** | 60 |
| **PNC Bank** | **$521.22** | **$86.87** | 6 |

    iii.    The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

Claimant                        Amount           % Rate         Payment           No. of Mos.:
**None.**

   iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

Claimant                                     Collateral Description                           Value
**None.**

   v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

**None.**

   vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

   vii. In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

  f. After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

   **Allowed, general unsecured claims will be paid Pro Rata**

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

Claimant                                     Collateral Description                           Value

**None.**

4.  Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case.  For the purposes of the imposition of default interest and post- petition charges, the loan shall be deemed current as of the filing of this case.

5.  Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable non-bankruptcy law.

6.  The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:
    <u>Claimant</u>           <u>Collateral Description</u>           <u>Reject</u>           <u>Assume</u>
    **None.**

7.  Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328, or upon dismissal of the case, or upon closing of the case.

8.  Non-standard Provisions: **None.**


<u>1/24/2017</u>                                              <u>/s/ Dale Saul</u>
Date                                                    Debtor



<u>/s/ James D. Ealley</u>
James D. Ealley, Bar # 26697
Attorney for Debtor


**CERTIFICATE OF SERVICE**

I certify that on this 24th day of January, 2017, copies of the foregoing 3rd Amended Chapter 13 Plan was served first-class mail, postage prepaid, and/or electronically via CM/ECF to the Trustee and all parties on the attached creditor matrix.

<u>/s/ James D. Ealley</u>  
James D. Ealley, Bar # 26697

Andalamn & FLynn Attorneys at Law
8601 Georgia Avnue
Silver Spring, MD 20910


Care Credit / Synchrony Bank
PO Box 965036
Orlando, FL 32896


Cedar Point Federal Credit Union
22745 Maple Rd
Lexington Park, MD 20653


Chase
PO Box 15153
Wilmington, DE 19886


Citi
PO Box 6004
Sioux Falls, SD 57117


Consumer Debt Help Asst. LLC
1300 NW 17th Avenue
Delray Beach, FL 33445


Discover
PO Box 15316 71084
Wilmington, DE 19850-2827


Educational Systems FCU
PO Box 179
Greenbelt, MD 20768


Encore Receivable Management
400 N Rogers Road
PO Box 3330
Olathe, KS 66063-3330

```
First National Bank Omaha/Ram Mastercard
PO Box 2340
Omaha, NE 68103-2557


Mattress warehouse
721 Prince Frederick Blvd
Prince Frederick, MD 20678


MCMMidland Credit Mgmt
PO Box 13105
Roanoke, VA 24031-3105


NRC FCL
5440 Cherokee Avenue
Alexandria, VA 22312


PayPal
PO Box 960080
Orlando, FL 32896


Peebles
765 Solomons Island Road


PNC Bank
PO Box 3180
Pittsburgh, PA 15230


Rubenstein & Associates PC
12 S. Summit Avenue Ste. 250
Gaithersburg, MD 20877


Sears Citibank
PO Box 688957
Des Moines, IA 50368-8957
```

Tampa Bay FCU
3815 N Nebraska Avenue
Tampa, FL 33603



Unitled Recovery systems
PO Box 722910
Houston, TX 77272-2910



Walmart/ Syncb
PO Box 960024
Orlando, FL 32846



Wells Fargo Home Mortgage
3440 Flair Drive
El Monte, CA 91731